UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| COLOR STREET LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>AUDERE, INC., et al.,<br><br>                Defendants. | Civil Action No. 22-2267 (JXN)(JSA)<br><br><br><br>*consolidated with* |
| TRACY RODGERS, as individual, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>COLOR STREET LLC, a New Jersey Limited liability company, et al.,<br><br>                Defendants. | Civil Action No. 23-3943 (JXN)(MAH)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Color Street LLC, Plaintiff in Civil Action No. 22-2267 and Defendant in Civil Action No. 23-3943, Fa Park, Lisa Schmitt and Angela Polsgrove, Defendants in Civil Action No. 23-3943 (together with Color Street, the "Color Street Parties"), Audere, Inc. and Salvatore Ferraro, Defendants in Civil Action No. 22-2267 (the "Audere Defendants"), and Tracy Rodgers and Robert McCauley, Plaintiffs in Civil Action No. 23-3943, by and through their undersigned

counsel of record, stipulate to the dismissal of these consolidated actions with prejudice, pursuant to Rule 41(a)(1)(A)(ii), with each party to bear its/her/his own costs and attorneys' fees.

| | |
|---|---|
| **FORTIS LAW PARTNERS LLC** | **McCARTER & ENGLISH, LLP** |
| *Attorneys for the Audere Defendants,* | *Attorneys for the Color Street Parties* |
| *Rodgers and McCauley* | |

By:  */s/Cara Thornton, Esq.*          By:  */s/Joseph R. Scholz, Esq.*

    Cara Thornton, Esq.                   Joseph R. Scholz, Esq.

    1900 Wazee St. # 300               Four Gateway Center

    Denver, CO 80202                  100 Mulberry Street

                                           Newark, NJ  07102-4056

Dated:  January 25, 2024              Dated:  January 25, 2024

**THOMAS AMBROSIO, ESQ.**
*Attorneys for the Audere Defendants,*
*Rodgers and McCauley*

By:  */s/Thomas Ambrosio, Esq.*

    Thomas Ambrosio, Esq,

    750 Valley Brook Avenue

    Lyndhurst, NJ 07071

Dated:  January 25, 2024